SPRINCA DAVIS, Respondent, v. THE CITY OF BUFFALO, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

WILLIAM DAVIS, Respondent, v. THE CITY OF BUFFALO, Appellant.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

CHAMPION OIL COMPANY, INCORPORATED, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent. (Claim No. 24197.) — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

J. OTIS KNIGHTS and Others, Respondents, v. THE STATE OF NEW YORK Appellant. (Claim No. 24047.) — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MAUDE E. DELAFIELD, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24179.) — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

CLARENCE O. LEWIS, Appellant, v. THE CITY OF LOCKPORT, NEW YORK, Respondent.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. [See *ante*, p. 159.] Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JAMESTOWN WOOD FINISHING COMPANY, INCORPORATED, Appellant, v. THE PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY C. MONTGOMERY, Appellant, v. THE PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

FRANK NICOSIA, Appellant, v. THE CARBORUNDUM COMPANY, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ALEX PETRIESHEN, Appellant, v. THE GLOBAR CORPORATION, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NAT J. HUMPHRIES, Alias JAMES BROWN, Appellant, v. WILLIAM HUNT, Warden of Attica State Prison, Attica, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.